*Law Library*

## IN THE SUPERIOR COURT
## OF GUAM

THE PEOPLE OF GUAM,                     )     CRIMINAL CASE No. CF466-12
                                        )
                                        )
            v.                          )
                                        )     **DECISION AND ORDER**
                                        )
ASTERO USEFICH,                         )
                                        )
                Defendant.              )
                                        )
_____        )

### INTRODUCTION

This matter came before the Honorable Judge Michael J. Bordallo on April 2, 2013, on Defendant's Motion to Reduce Felony Charges and Granting a Deferred Plea. The People of Guam were represented by Assistant Attorney General Richelle J. Yu. The Defendant was represented by Assistant Public Defender Maria G. Fitzpatrick. Having reviewed the memorandum and papers presented, the Court now issues the following decision GRANTING the Defendant's Motion to Reduce Felony to Misdemeanor.

### FACTUAL HISTORY

The Defendant was indicted on eight charges: 1) Child Abuse as a Third Degree Felony; 2) Family Violence as a Third Degree Felony; 3) Family Violence as a Misdemeanor; 4) Assault as a Misdemeanor; 5) Unlawful Restraint as a Misdemeanor; 6) Resisting Arrest as a Misdemeanor; 7) Reckless Conduct as a Misdemeanor; and 8) Public Drunkenness as a Violation. The charges stem from an alleged incident that occurred between the Defendant and his ex-wife involving their minor child, namely T.U. During the incident it is alleged that Defendant, while intoxicated and against the protests of T.U. and her family, removed T.U.

from the vehicle where she was seated and then resisted returning T.U. the custody of her mother.

On January 25, 2013, the Defendant filed a motion to reduce the felony *Family Violence* charge to a misdemeanor. In his motion, the Defendant argues that the Family Violence Act's seven-factor analysis for reducing a felony to a misdemeanor weighs in his favor. In support of this analysis Defendant asserts the lack of evidence of any serious injury to the victim, his lack of criminal history, his lack of violent history, and his amenability to counseling and treatment. The People filed an opposition on March 14, 2013. In it the People counter that the Defendant's actions posed the risk of serious bodily injury and therefore merit a felony charge. On March 18, 2013, Defendant filed a reply paper wherein he outlined his disagreement with the People's opposition arguments. In his paper he reasserts the lack of any physical injury to the victim and refutes the argument that any serious injury was probable.

## DISCUSSION

**Motion to Reduce Charges**

The Defendant has motioned to have the first charge of the indictment, the charge of felony *Family Violence*, reduced to a misdemeanor. The Defendant's motion correctly relies on Section 30.20 of the Family Violence Act, which provides the Court with a seven-factor analysis for determining whether a felony charge of *Family Violence* may be reduced to a misdemeanor. 9 GCA §30.20(c).

Applying Section 30.20(c)'s seven factors to the facts of this case the Court is persuaded that the charge of family violence should be reduced. The facts as asserted by the Parties do not indicate that the victim's injuries were extensive or serious, nor is the Court persuaded that a probable risk of serious injury was likely. It is not asserted that the Defendant has a history of violence or that any weapon was used. Furthermore it is not disputed that

Defendant is amenable to counseling. Applying these facts to Section 30.20(c) of Title 9 of the Guam Code, the Court finds it is appropriate to reduce Charge 2 to a Misdemeanor.

**Motion for Deferred Plea**

Although the title to Defendant's motion indicates he requests that the Court grant a deferred plea, this request is not analyzed or asserted in the body of Defendant's motion or memoranda papers. Absent Defendant specifying the reasons for his request the Court is unable to consider it.

CONCLUSION

Based on the foregoing, the Court GRANTS the Defendant's Motion to Reduce Felony to a Misdemeanor. Further Proceedings are set for _Aug. 21,_ 2013, at 9:00 a.m.

SO ORDERED, this _5th_ day of _Aug_ 2013.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original now on file in the office of the clerk of the Superior Court of Guam
Dated at Hagåtña, Guam

AUG - 5 2013

Glennie J. Mendiola
Deputy Clerk, Superior Court of Guam